UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

SUSAN M. HUDEC,

                     Plaintiff,

              - against -

THE ROMAN CATHOLIC ARCHDIOCESE OF
NEW YORK d/b/a the Archdiocese Drug and
Alcohol Prevention Program, and MICHAEL
COPPOTELLI,

                     Defendants.

------------------------------------------------------------------x

16-CV-07454 (PKC)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Courts to evaluate possible disqualification or recusal, the undersigned counsel of record for the Department of Education of the Archdiocese of New York certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

NONE

Dated: New York, New York
         December 8, 2016

**PUTNEY, TWOMBLY, HALL & HIRSON LLP**

By: _____/s/ RMT_____
Robert M. Tucker
521 Fifth Avenue
New York, New York 10175
(212) 682-0020

*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of the State of New York and of this Court, hereby certifies that he caused a true and accurate copy of the foregoing RULE 7.1 STATEMENT to be served via ECF on December 8, 2016 upon:

>John Howley, Esq.
>The Howley Law Firm P.C.
>350 Fifth Avenue, 59th Floor
>New York, New York 10118
>Telephone: (212) 601-2728
>
>*Attorneys for Plaintiff*

                              /s/ RMT
                              Robert M. Tucker